**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

DALLAS PARKS, individually, and on behalf of other members of the general public similarly situated,

Plaintiff,

v.

MAHONEY ENVIRONMENTAL SOLUTIONS, LLC; SEQUENTIAL ENVIRONMENTAL SERVICES, LLC; NESTE US, INC.; NESTE AMERICAS; NESTE CORPORATION; and DOES 1 through 5, inclusive,

Defendant.

Case No.: 2:26-cv-03282

**ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

**NOTE ON MOTION CALENDAR: September 30, 2026**

This matter comes before the Court on Plaintiff and Defendants' second stipulated and joint motion to extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint. Dkt. # 9. Based on the parties' stipulation and for good cause shown, the Court HEREBY ORDERS that the stipulated motion to extend the deadline to answer or otherwise respond to Plaintiff's Complaint is GRANTED.

Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended through October 16, 2026.

Dated this 30th day of September, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE