**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DALLAS PARKS, individually, and on behalf of other members of the general public similarly situated,<br>Plaintiff,<br><br>v.<br><br>MAHONEY ENVIRONMENTAL SOLUTIONS, LLC; SEQUENTIAL ENVIRONMENTAL SERVICES, LLC; NESTE US, INC.; NESTE AMERICAS; NESTE CORPORATION; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-03282-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY ALL PROCEEDINGS PENDING MEDIATION**<br><br>**NOTE ON MOTION CALENDAR: October 15, 2026** |

This matter comes before the Court on Plaintiff's and Defendants' Stipulated Motion to Stay All Proceedings Pending Mediation. Dkt. # 13. Based on the parties' stipulation and for good cause shown, the Court HEREBY ORDERS that this litigation, including all relevant deadlines and pending motions, are stayed until January 29, 2027. The Parties are to submit a status report to the Court on or before January 29, 2027, regarding the status of settlement.

The Court DIRECTS the Clerk to terminate the motion to remand at Dkt. # 11. If and when appropriate, Plaintiff may re-note the motion to remand and, if they wish, the parties may submit a proposed schedule for Defendants' responsive pleadings and briefing on the motion to remand.

//
//

DATED: October 15, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE